## A01A2281. CRANE BROTHERS, INC. v. MAY.
### (582 SE2d 179)

PHIPPS, Judge.

In *May v. Crane Bros., Inc.*,[1] the Supreme Court of Georgia reversed the judgment of this court in *Crane Bros., Inc. v. May*.[2] Therefore, we vacate our earlier opinion and adopt the opinion of the Supreme Court as our own.

*Judgment affirmed. Smith, C. J., and Barnes, J., concur.*

DECIDED MAY 9, 2003.

*Stockton & Stockton, Lawrence A. Stockton, Jr.*, for appellant.
*Healy & Svoren, Timothy P. Healy*, for appellee.

---

[1] 276 Ga. 280 (576 SE2d 286) (2003).
[2] 252 Ga. App. 690 (556 SE2d 865) (2001).